# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 18-14535-AMC

      JOHN  WIKIERA, JR.
      DAWN  WIKIERA
      3627 ALMOND STREET

      PHILADELPHIA, PA 19134

          Debtor

## CERTIFICATE OF SERVICE

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

      JOHN  WIKIERA, JR.
      DAWN  WIKIERA
      3627 ALMOND STREET

      PHILADELPHIA, PA 19134

Counsel for debtor(s), by electronic notice only.

      BRIAN C EVES ESQ
      P.O. BOX 0713

      NEW HOPE, PA 18968-0713

                      /S/ William C. Miller

Date: 10/18/2018                 _____

                      William C. Miller, Esquire
                      Chapter 13 Standing Trustee