# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 18-14535-AMC

JOHN  WIKIERA, JR.
DAWN  WIKIERA
3627 ALMOND STREET

PHILADELPHIA, PA 19134

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOHN  WIKIERA, JR.
    DAWN  WIKIERA
    3627 ALMOND STREET

    PHILADELPHIA, PA 19134

**Counsel for debtor(s), by electronic notice only.**
    BRIAN C EVES ESQ
    P.O. BOX 0713

    NEW HOPE, PA 18968-0713

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                  /s/ William C. Miller

Date: 10/22/2018

                                                  _____
                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee