United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-14535-amc
John Wikiera, Jr.                                               Chapter 13
Dawn Wikiera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1            Date Rcvd: Dec 04, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2018.
db/jdb       +John Wikiera, Jr.,   Dawn Wikiera,   3627 Almond Street,   Philadelphia, PA 19134-5516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
              BRIAN C. EVES    on behalf of Debtor John  Wikiera, Jr. BrianEvesLaw@gmail.com
              BRIAN C. EVES    on behalf of Joint Debtor Dawn  Wikiera BrianEvesLaw@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dawn Wikiera<br>John Wikiera Jr.   Debtors | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of WAMU Asset-Backed Certificates WAMU Series 2007-HE1 Trust<br>Movant<br>vs. | NO. 18-14535 AMC |
| Dawn Wikiera<br>John Wikiera Jr.   Debtors<br><br>William C. Miller Esq.   Trustee | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this 4th day of December, 2018 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 3627 Almond Street, Philadelphia, PA 19134 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Ashely M. Chan
United States Bankruptcy Judge

Dawn Wikiera
3627 Almond Street
Philadelphia, PA 19134

John Wikiera Jr.
3627 Almond Street
Philadelphia, PA 19134

Brian C. Eves
Law Offices of Brian C. Eves
P.O. Box 0713
New Hope, PA 18938-0713

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532